UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANETTE IVES,<br><br>    Defendant. | CASE NO. CR13-5213 RSM<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Pretrial Release Violations

<u>Date of Detention Hearing</u>:    April 15, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant is a participant in the Drug Reentry Alternative Model (DREAM)

DETENTION ORDER
PAGE -1

program, having pled guilty on December 13, 2013 to a charge of Theft from Indian Tribal Organization (Dkt. 61, 63, 64.) Defendant was released on an appearance bond on the same date. (Dkt. 62.)

2. Defendant has admitted violating the conditions of her appearance bond by consuming a controlled substance on several occasions, failing to obtain an alcohol/substance abuse evaluation as required, using heroin, and using oxycodone (Dkt. 92, 93, 95.) A disposition hearing has been scheduled before Judge Martinez on April 24, 2015.

3. In light of the proffer of defendant's probation officer that defendant has continued to use heroin, the Court finds it necessary to revoke defendant's bond pending the disposition hearing.

4. The Court finds that there do not appear to be any conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

DETENTION ORDER
PAGE -2

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 15 day of April, 2015.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3